607 A.2d 1075

Thomas E. STRAX and Pennsylvania Coalition of Citizens with Disabilities and Pennsylvania Easter Seal Society and Moss Rehabilitation Hospital

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING; Pennsylvania Department of Transportation, Howard Yerusalim, in his official capacity as Secretary of Transportation; Douglas K. Tobin, in his official capacity as Director of Bureau of Driver Licensing.

Appeal of Thomas E. STRAX.

Supreme Court of Pennsylvania.

Argued May 8, 1992.

Decided June 11, 1992.

Frank J. Laski, Judith A. Gran, Philadelphia, for appellant.

Gwendolyn T. Mosley, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.

CAPPY, J., dissents.